IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:01cr183-MHT |
| OMAR JAMAR MARSHALL | ) | (WO) |

## JUDGMENT OF CONVICTION

Based on the evidence presented at hearings on April 10, May 8, and September 5, 2014, it is the ORDER, JUDGMENT, and DECREE of the court that the petition for revocation (doc. no. 153) is granted to the following extent:

(1) Defendant Omar Jamar Marshall is adjudicated guilty of the violation charged in the revocation petition (doc. no. 153).

(2) Defendant Marshall shall comply with the following additional condition of supervised release: Beginning at a time specified by defendant Marshall's supervising probation officer, defendant Marshall shall participate in the Location Monitoring Program and shall

comply with the conditions of home detention, which will be monitored by an Active Global Positioning Satellite Monitoring system (including hybrid GPS) for a period of four months.  Defendant Marshall shall wear and/or carry a location monitoring device and shall follow the monitoring procedures specified by his supervising probation officer.  Defendant Marshall shall pay all costs of the program at the prevailing rate based upon his ability to pay as determined by his supervising probation officer.

(3) Defendant Marshall's supervised release is not revoked.

DONE, this the 8th day of September, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE