IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:01cr183-MHT** |
| | ) | **(WO)** |
| **OMAR JAMAR MARSHALL** | ) | |

## ORDER

Upon consideration of the evidence and arguments of the parties at the November 3, 2015 evidentiary hearing on the petition for revocation of supervised release (doc. no. 184), it is ORDERED as follows:

(1) The government's oral motion to dismiss the first violation in the petition for revocation is granted, and violation number 1 is dismissed.

(2) The court finds defendant Omar Jamar Marshall guilty of violation number 2 in the petition.

(3) Supervised release is not revoked, and defendant Marshall is continued on supervision.

DONE, this the 4th day of November, 2015.

      /s/ Myron H. Thompson       
**UNITED STATES DISTRICT JUDGE**